# Court of Appeals
# of the State of Georgia

ATLANTA,    March 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0233.   BRIAN P. KEMP, GEORGIA SECRETARY OF STATE v. MONROE COUNTY, GEORGIA, A POLITICAL SUBDIVISION OF THE STATE OF GEORGIA.**

Brian P. Kemp, in his capacity as Secretary of State of the State of Georgia, has filed this application requesting leave pursuant to OCGA § 5-6-35 to appeal the superior court's final order granting Monroe County, Georgia's petition for writ of mandamus. The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Because this case appears to fall within the Supreme Court's jurisdiction over extraordinary remedies, and because the ultimate responsibility for determining appellate jurisdiction lies with the Supreme Court, see *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/08/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*